UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NIKISHA PUGH, ET AL., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | No. 3:22-CV-2477-X-BN |
| § | |
| TERRY PRICE, ET AL., § | |
| § | |
| *Defendants*. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 4]. Specifically, the Magistrate Judge concluded that Plaintiffs' complaint failed to allege a basis for finding diversity or federal-question jurisdiction.

Plaintiffs present two responses. First, they ask "why this case does not meet jurisdiction?"[1] But that query does nothing to meet Plaintiffs' burden of establishing the Court's jurisdiction. Second, they note that Price's first name is "Teran," not "Terry."[2] But Price's first name has no impact on the Magistrate Judge's jurisdictional analysis.

---

[1] Doc. No. 7 at 1.

[2] Doc. No. 5 at 1.

1

Accordingly, the Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, the Court **DISMISSES** this case for lack of subject matter jurisdiction, **DENIES** Pugh's motion to amend [Doc. No. 5], and **FINDS AS MOOT** Pugh's request for service [Doc. No. 6].

**IT IS SO ORDERED** this 20th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE